UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CRAIG, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN TUNA, INC. and WORLD WISE FOODS, LTD.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 22-CV-473 JLS (MSB)<br><br>**ORDER ORDERING PARTIES TO FILE JOINT STATUS REPORT** |

　　　This action was recently transferred to this District from the Southern District of New York pursuant to 28 U.S.C. §1404(a), *see* ECF Nos. 39–40, and assigned to this Court, *see* ECF No. 41. To facilitate transfer of this action and apprise this Court of the status of the case, the Court **ORDERS** the Parties to file a joint status report, not to exceed <u>ten (10) pages</u>, on or before <u>April 21, 2022</u>.

　　　**IT IS SO ORDERED.**

Dated: April 11, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge