UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CRAIG, on behalf of himself and all others similarly situated,<br><br>                                         Plaintiff,<br><br>v.<br><br>AMERICAN TUNA, INC. and WORLD WISE FOODS, LTD.,<br><br>                                      Defendants. | Case No.: 22-CV-473 JLS (MSB)<br><br>**ORDER (1) GRANTING JOINT MOTION TO DISMISS CERTAIN CLAIMS AND (2) SETTING DEADLINE FOR DEFENDANT AMERICAN TUNA, INC. TO MOVE TO DISMISS**<br><br>(ECF No. 44) |

Presently before the Court are the Parties' Joint Status Report ("Joint Report," ECF No. 43) and Joint Motion to Dismiss Causes of Action III and VII of Plaintiff's First Amended Complaint ("Joint Mot.," ECF No. 44).

Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** causes of action III (for unjust enrichment) and VII (for violation of the Magnuson-Moss Warranty Act) asserted in Plaintiff Jeffrey Craig's ("Plaintiff") Amended Class Action Complaint ("ACAC").

Further, in light of the Parties' statements in the Joint Report, the Court **DENIES WITHOUT PREJUDICE** Defendant American Tuna, Inc.'s ("American Tuna") pending motion (ECF Nos. 25–28), to the extent not (i) already ruled on by Magistrate Judge

Katharine H. Parker, *see* ECF No. 39, or (ii) mooted by this Court's granting of the Joint Motion. As requested in the Joint Report, American Tuna **SHALL RESPOND** to the ACAC by refiling its motion to dismiss <u>on or before May 6, 2022</u>. Plaintiff **SHALL FILE** his opposition <u>on or before May 20, 2022</u>. American Tuna **MAY FILE** its reply, if any, <u>on or before May 27, 2022</u>. Thereafter, the Court will decide the motion to dismiss on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: April 25, 2022

Hon. Janis L. Sammartino
United States District Judge