William P. Keith – CA Bar No. 270587
wkeith@kleinandwilson.com
Hannah B. Stetson – CA Bar No. 327086
hstetson@kleinandwilson.com
KLEIN & WILSON LLP
4770 Von Karman Avenue
Newport Beach, California 92660
(949) 631-3300; Facsimile (949) 631-3703

Scott L. Metzger – CA Bar No. 89718
metzger@dmwplc.com
DUCKOR METZGER & WYNNE
A Professional Law Corporation
101 West Broadway, Suite 1700
San Diego, California 92101
(619) 209-3000; Facsimile (619) 209-3043

Attorneys for Defendant AMERICAN TUNA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CRAIG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TUNA, INC. AND WORLD WISE FOODS, LTD.,<br><br>Defendants. | CASE NO. 3:22-cv-00473-RSH-MSB<br><br>**JOINT MOTION FOR DISMISSSAL OF ACTION WITH PREJUDICE**<br><br><br>District Judge:   Hon. Robert S. Huie<br>Courtroom:        3B |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Defendant American Tuna, Inc. ("American Tuna") and Plaintiff Ray Glass ("Plaintiff") jointly move for an order dismissing this action with prejudice.

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), American Tuna and Plaintiff jointly move this court to dismiss this action, including Plaintiff's Second Amended Complaint and all claims contained therein, with prejudice.

2. Defendant World Wide Foods, Ltd. ("WWF") was not served with process in this action and has not appeared in the action. This joint motion seeks the dismissal of the action against all defendants, including American Tuna and WWF, with prejudice.

3. Each party shall bear their own attorneys' fees and costs.

Respectfully submitted,

KLEIN & WILSON LLP

Dated: April 10, 2024

By: /s/ William P. Keith
William P. Keith
Attorneys for Defendant American Tuna, Inc.

LAW OFFICES OF ROBERT L. KRASELNIK, PLLC

Dated: April 10, 2024

By: /s/ Robert L. Kraselnik
Robert L. Kraselnik
Attorneys for Plaintiff Ray Glass

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Robert L. Kraselnik, counsel for Plaintiff Ray Glass, and that I have obtained Mr. Kraselnik's authorization to affix his electronic signature to this document.

Respectfully submitted,

KLEIN & WILSON LLP

Dated: April 10, 2024

By: */s/ William P. Keith*
William P. Keith
Attorneys for American Tuna, Inc.