1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 JEFFREY CRAIG, on behalf of himself<br>12 and all others similarly situated, | CASE NO. 3:22-cv-00473-RSH-MSB |
| 13                     Plaintiff, | **ORDER DISMISSING ACTION WITH<br>PREJUDICE** |
| 14 | |
| 15     v. | |
| 16 AMERICAN TUNA, INC., AND<br>17 WORLD WISE FOODS, LTD., | |
| 18                     Defendants. | **District Judge:    Hon. Robert S. Huie<br>Courtroom:        3B** |
| 19 | |

20        Pending before the Court is the Joint Motion of Defendant American Tuna, Inc.

21 ("American Tuna") and Plaintiff Ray Glass ("Plaintiff") for Dismissal of Action with

22 Prejudice (the "Joint Motion").

23        1.    The Joint Motion is hereby **GRANTED** and this action is **DISMISSED**

24 **WITH PREJUDICE**.

25        2.    Each party shall bear their own attorneys' fees and costs.

26 **IT IS ORDERED.**

27 Dated:  _____

28                                        _____
                                         Hon. Robert S. Huie
                                         United States District Judge

931135