UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CRAIG, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN TUNA, INC. and WORLD WISE FOODS, LTD.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 22-cv-473-RSH-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pending before the Court is the Joint Motion of Defendant American Tuna, Inc. ("American Tuna") and Plaintiff Ray Glass for Dismissal of Action with Prejudice. ECF No. 147. The Joint Motion is hereby **GRANTED** and this action is **DISMISSED WITH PREJUDICE** as to all Defendants. Each Party shall bear their own attorneys' fees and costs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 11, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Robert S. Huie
　　　　　　　　　　　　　　　　　　　　United States District Judge